# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**WESTERN DIVISION**

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL ) <br> CASUALTY INSURANCE COMPANY, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERY LYNN DEAL and WILLIAM ) <br> HARDY SMITH, ) <br>     Defendants ) | **JUDGMENT** <br> **5:11-CV-159-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Court DECLINES to exercise its discretionary jurisdiction over the Declaratory Judgment action and DISMISSES the action without prejudice to any further proceedings in state court or any new action in state court. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**SEPTEMBER 13, 2012**</u>, WITH A COPY TO:

Andrew James Santaniello (via CM/ECF electronic notification)
Glenn A. Barfield (via CM/ECF electronic notification)
Tommy Jarrett (via CM/ECF electronic notification)

| | |
|---|---|
| <u>September 13, 2012</u> <br> Date | JULIE A. RICHARDS, Clerk <br> Eastern District of North Carolina <br> <br> <u>/s/ Debby Sawyer</u> <br> (By) Deputy Clerk |

Raleigh, North Carolina